# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0559
Lower Tribunal No. 2012CF-006213-A

_____

RUSSELL BISHOP,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Donald G. Jacobsen, Judge.

July 2, 2024

PER CURIAM.

AFFIRMED.

WHITE and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.


Russell Bishop, Raiford, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED